
FILED
CHARLOTTE, NC
OCT 21 2010
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

3:10mc140

IN RE: REAL PROPERTY LOCATED AT )
608 WASHINGTON ST., CRAMERTON, )
NORTH CAROLINA 28032, FURTHER )
DESCRIBED AS PARCEL NUMBER )  **ORDER**
3575-90-3449, BLK 13 L 8 & P/9, MORE )  **AND LIS PENDENS**
PARTICULARLY DESCRIBED IN A )
DEED RECORDED AT GASTON )
COUNTY REGISTER OF DEEDS BOOK )
4501 PAGE 1311 )
_____ )
FILE IN GRANTOR INDEX UNDER: )
JOANNA PATRONIS )

WHEREAS, the United States of America, by and through Special Agent Joshua Zaukus of the United States Secret Service, has presented an affidavit to the Court alleging that the above-captioned property constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §§ 287, 371, 1347 and 1349;

WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §§ 287, 371, 1347 and 1349;

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 18 U.S.C. § 981 and/or 18 U.S.C. § 982, and the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil in rem action before this Court, and any person who has a question as to this action should contact:

>United States Attorney
>for the Western District of North Carolina
>Attn: Benjamin Bain-Creed
>227 West Trade Street, Suite 1650
>Charlotte, NC  28202
>(704) 344-6222

This the 21st day of October, 2010

_____
UNITED STATES MAGISTRATE JUDGE


**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**